

NUMBER 13-20-00194-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**IN THE INTEREST OF S.F.O., A.S.O., A.M.O., A.A.O.,
AND A.S.O., CHILDREN**

---

On Appellant's First Motion for Extension of Time to File a Brief

---

# ORDER

**Before Justices Benavides, Perkes, and Tijerina
Order Per Curiam**

This is an appeal of a final order terminating parental rights. The brief of the appellant, A.O., was due to be filed on May 4, 2020. Appellant has filed a motion for extension of time seeking twenty days of additional time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a).

Accordingly, we GRANT appellant's motion for extension of time and ORDER appellant's brief to be filed on or before May 26, 2020. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of May, 2020.